**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| WILLIAM HARVEY SKEES AND MARISA ANN SKEES, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>FLAGSTAR BANK, FSB, a corporation,<br><br>Defendant. | Court File No.: 04-4162 JRT/FLN<br><br>**ORDER** |

Paul Egtvedt and W. Harvey Skees, **EGTVEDT & SKEES, LLP**, 2915 Wayzata Boulevard, Minneapolis, Minnesota 55405, for plaintiffs.

Kristin L.C. Haugen and Robert John Pratte**, BRIGGS & MORGAN**, 2200 IDS Center, 80 South Eighth Street, Minneapolis, Minnesota 55402, for defendant.

This matter came before the Court, upon the Stipulation of Dismissal With Prejudice entered into by and between Plaintiffs William Harvey Skees and Marisa Ann Skees, ("Plaintiffs") and Flagstar Bank, ("Defendant"). Having fully considered all of the files and proceedings herein, including the Stipulation of Dismissal with Prejudice executed by Counsel for Plaintiffs and the Defendant:

IT IS HEREBY ORDERED that all claims, counterclaims and actions asserted in the above-captioned matter by any party be dismissed with prejudice and without costs or fees to any party and that this matter be dismissed in its entirety.

Dated: May 31, 2005
at Minneapolis, Minnesota

                                                   s/John R. Tunheim
                                                   JOHN R. TUNHEIM
                                                   United States District Judge